UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 3:14-00011 |
| | ) Chief Judge Haynes |
| DAVID A. BILLINGTON | ) |

## MOTION TO EXCUSE APPEARANCE OF CO-COUNSEL

*[handwritten annotation: Motion to excuse appearance as granted. [signature] 9-12-14]*

COMES NOW undersigned co-counsel for Defendant Billington and respectfully moves this Honorable Court to excuse his presence at the sentencing hearing currently set for Monday, September 22, 2014 at 10:30 a.m. In support hereof, undersigned co-counsel states as follows:

1. Defendant Billington's sentencing hearing is currently set for Monday, September 22, 2014 at 10:30 a.m. (Docket Entry 18).

2. Undersigned co-counsel will be out of town September 13-23, 2014.

3. Lead Counsel for Defendant Billington, Kimberly S. Hodde, Esq., has exclusively handled preparation for sentencing, and she will be present to represent Defendant Billington.

WHEREFORE, undersigned co-counsel respectfully requests that this Honorable Court grant the instant Motion.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Co-Counsel for Defendant Billington*

1