IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:14-cr-00011 |
| v. | ) | Judge Haynes |
| | ) | |
| DAVID A. BILLINGTON | ) | |
| | ) | |

## ORDER

Before the Court is an agreed motion to amend the Amended Judgment (Docket Entry No. 32). The parties agree that the Amended Judgment (Docket Entry No. 30) should be amended: (1) to accurately reflect the restitution announced at sentencing, (2) to include the Court's recommendation that Defendant Billington serve his sentence at FPC Montgomery, and (3) to reflect Defendant Billington's self-reporting location as the facility designated by the BOP.

Upon the parties' agreement, the agreed motion is **GRANTED**, and the Court's Amended Judgment (Docket Entry No. 30) is amended to reflect that: (1) Defendant Billington is ordered to pay a total restitution amount of $1,265,896.00 payable to Revolution Pictures, with the $279,896.00 in unpaid taxes payable to the IRS as a second priority special condition of supervised release; (2) the Court recommends that Defendant Billington be housed at FPC Montgomery, where an RDAP program exists; (3) Defendant Billington is to surrender to the facility designated by the BOP, not the U.S. Marshal Service, sixty (60) days from entry of the Amended Judgment (Docket Entry No. 30).

It is so **ORDERED**.

ENTERED this the /5% day of October, 2014.

                                                WILLIAM J. HAYNES, JR.
                                                United States District Judge